# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OSCAR ART STANLEY,

    Petitioner,

vs.

GLEN WHORTON, *et al.*,

    Respondents.

3:06-cv-00126-LRH-VPC

**ORDER**

Before is petitioner's motion for a status request (docket #32) and a letter requesting the status of this case (docket #36). Respondents have filed an answer to the petition for writ of habeas corpus (docket #17), petitioner has filed a traverse (docket #27), and respondents have filed a response to the traverse (docket #30). The court will resolve this action as soon as its caseload allows. The court will deny the motion to the extent that the petitioner is seeking production of documents in his motion requesting the status of this case. Petitioner has not shown that the production of documents is necessary at this time.

**IT IS THEREFORE ORDERED** that petitioner's motion requesting the status of the case and for production of documents is **GRANTED IN PART AND DENIED IN PART**. The court grants the request for the status of the case. This order shall serve to update petitioner regarding the status of this case.

DATED this 10th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE