AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

OSCAR ART STANLEY,

      Petitioner,       JUDGMENT IN A CIVIL CASE
  V.

                       CASE NUMBER: **3:06-CV-00126-LRH-VPC**

GLEN WHORTON, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (docket #10) is **DENIED.** IT IS FURTHER ORDERED that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**


  March 26, 2009                                              **LANCE S. WILSON**
                                                                                 Clerk

                                                                                /s/ D. R. Morgan
                                                                                 Deputy Clerk